WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Defendant, Kinecta Federal Credit Union*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER WULLNER,<br><br>        Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; KINECTA FEDERAL CREDIT UNION; MECHANICS BANK FKA CRB; and SAN DIEGO COUNTY CREDIT UNION,<br><br>        Defendants. | Case No.: 2:19-cv-01735-APG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR KINECTA FEDERAL CREDIT UNION TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, Heather Wullner ("Plaintiff"), and Defendant, Kinecta Federal Credit Union ("Kinecta"), by and through their respective attorneys of records, and hereby agree and stipulate as follows.

1. On October 15, 2019, Kinecta was served Plaintiff's Complaint [ECF No. 1] ("Complaint");

2. Kinecta response to the Complaint is due November 5, 2019;

3. Kinecta counsel is requesting an additional twenty-one (21) days to file its response to Plaintiff's Complaint, and thus requests up to November 26, 2019, to file a response;

4. This extension is requested to allow Kinecta's counsel to finalize its response to the Complaint and to allow the parties to further discuss potential settlement;

5. Counsel for Plaintiff does not oppose this extension;

1

6. This Stipulation is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 5th day of November, 2019. | DATED this 5th day of November, 2019. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | KNEPPER & CLARK, LLC |
| */s/ Robert A. Riether* <br> Robert A. Riether, Esq. <br> Nevada Bar No. 12076 <br> 7785 W. Sahara Ave., Ste. 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Defendant, Kinecta Federal Credit Union* | */s/ Shaina R. Plaksin* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> Shaina R. Plaksin, Esq. <br> Nevada Bar No. 13935 <br> 5510 S. Fort Apache Rd., Ste. 30 <br> Las Vegas, NV 89148 <br><br> HAINES & KRIEGER, LLC <br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> 8985 S. Eastern Ave., Ste. 350 <br> Henderson, NV 89123 <br> *Attorneys for Plaintiff, Heather Wullner* |

## **ORDER**

**IT IS SO ORDERED.**

DATED this 8th day of November, 2019.

_____
Cam Ferenbach
United States Magistrate Judge